UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| JOSEPH JEROME WILBUR, a Washington resident; JEREMIAH RAY MOON, a Washington resident; and ANGELA MARIE MONTEGUE, a Washington resident, individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>CITY OF MOUNT VERNON, a Washington municipal corporation; and CITY OF BURLINGTON, a Washington municipal corporation,<br><br>Defendants. | No.<br><br>NOTICE OF REMOVAL<br><br>(Skagit County Cause No. 11-2-01156-1) |

Defendants City of Mount Vernon and City of Burlington, by and through their attorneys of record, pursuant to the provisions of 28 U.S.C. §§1441 and 1446, hereby request that this matter be removed to Federal Court.

This Court has original jurisdiction of this lawsuit under 28 U.S.C. §1331. The lawsuit was initially filed in Skagit County Superior Court, as Cause No. 11-2-01156-1, on June 10, 2011. Plaintiff's Complaint was served on Defendant City of Mt. Vernon on June

NOTICE OF REMOVAL - 1
Cause No.
K:\AGC\MV BURL WCIA 11065\Pleadings\REMOVAL\p-062811 Notice
Removal USDC.doc

KEATING, BUCKLIN & McCORMACK, INC., P.S.
ATTORNEYS AT LAW
800 FIFTH AVENUE, SUITE 4141
SEATTLE, WASHINGTON 98104-3175
PHONE (206) 623-8861
FAX: (206) 223-9423

17, 2011 and served on Defendant City of Burlington on June 21, 2011.

The case is subject to removal because Plaintiff's Complaint alleges violation of his Sixth and Fourteenth Amendment constitutional rights, and seeks recovery under 42 U.S.C. §1983. *See Plaintiff's Complaint.* A true and correct copy of Plaintiff's Complaint is attached hereto as Exhibit A.

On information and belief, the lawsuit was served on the City of Mt. Vernon on June 17, 2011 and served on City of Burlington on June 21, 2011. It stated a federal cause of action under 42 U.S.C. §1983.

This case is properly removed to the United States District Court as the Plaintiffs have filed a suit in a county superior court within the geographical area embraced by this federal district court and Plaintiff has alleged claims arising from alleged violation of federal civil rights in this civil action.

Respectfully submitted this 5th day of July, 2011.

KEATING, BUCKLIN & McCORMACK, INC., P.S.

*/s/ Andrew G. Cooley*
Andrew G. Cooley, WSBA #15189
Adam L. Rosenberg, WSBA #39256
Of Attorneys for Defendants City of Mount Vernon
and City of Burlington
800 Fifth Avenue, Ste. 4141
Seattle, WA 98104-3175
Ph: (206) 623-8861 / Fax: (206) 224-9423
acooley@kbmlawyers.com
arosenberg@kbmlawyers.com

NOTICE OF REMOVAL - 2
Cause No.
K:\AGC\MV BURL WCIA 11065\Pleadings\REMOVAL\p-062811 Notice
Removal USDC.doc

KEATING, BUCKLIN & McCORMACK, INC., P.S.
ATTORNEYS AT LAW
800 FIFTH AVENUE, SUITE 4141
SEATTLE, WASHINGTON 98104-3175
PHONE (206) 623-8861
FAX (206) 223-9423