THE HONORABLE ROBERT S. LASNIK

UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| JOSEPH JEROME WILBUR, a Washington resident; JEREMIAH RAY MOON, a Washington resident; and ANGELA MARIE MONTAGUE, a Washington resident, individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>CITY OF MOUNT VERNON, a Washington municipal corporation; and CITY OF BURLINGTON, a Washington municipal corporation,<br><br>Defendants. | NO. 2:11-cv-01100 RSL<br><br>DECLARATION OF ~~[redacted]~~ ALLISHA BARTER |

I, ~~[redacted]~~ ALLISHA BARTER, declare as follows:

1. I am over the age of 18 and have personal knowledge of the facts stated below.

2. I understand the requirements of serving as a named class representative in this matter. I am willing to serve as a class representative and am committed to prosecuting vigorously this case on behalf of the class.

3. I currently am represented by Mr. Richard Sybrandy in a criminal case in Mount Vernon Municipal Court that I have pled guilty to but have not been sentenced yet.

---

Declaration of Allisha Barter  - 1
CASE NO. 2:11-CV-01100 RSL

TERRELL MARSHALL DAUDT & WILLIE PLLC
936 North 34th Street, Suite 400
Seattle, Washington 98103-8869
TEL. 206.816.6603 • FAX 206.350.3528
www.tmdwlaw.com

4. The only time I spoke with Mr. Sybrandy was when he told me to plea guilty. I only spoke with him for about 5 minutes and it was in the courtroom with others present. In fact, until that moment I did not know that he was my attorney.

5. Mr. Sybrandy told me to accept the guilty plea because I had been convicted of similar crimes in the past. When I asserted my innocence he continued to direct me to take the guilty plea and just get it over with.

6. At the guilty plea hearing I stood at the podium and spoke to the judge myself. While my hearing was in progress Mr. Sybrandy was in the back of the courtroom talking to other people.

7. I was supposed to be sentenced on December 6, 2011 but the hearing did not happen and no one informed what was going on.

8. I have not spoken to Mr. Sybrandy since he told me to plead guilty, and I do not know what my sentence will be.

9. Mr. Sybrandy did not take the time to understand who I was as a client or what my needs were.

I declare under penalty of perjury under the laws of the United States and the state of Washington that the foregoing is true and correct.

EXECUTED this 7 day of December, 2011 at Mt. Vernon, Washington.

*Allisha Barter*
ALLISHA BARTER

Declaration of Allisha Barter        - 2 -
CASE NO. 2:11-CV-01100 RSL

TERRELL MARSHALL DAUDT & WILLIE PLLC
936 North 34th Street, Suite 400
Seattle, Washington 98103-8869
TEL. 206.816.6603 • FAX 206.350.3528
www.tmdwlaw.com

# CERTIFICATE OF SERVICE

I, Toby J. Marshall, hereby certify that on December 9, 2011, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

Kevin Rogerson, WSBA #31664
Email: kevinr@mountvernonwa.gov
CITY OF MOUNT VERNON
910 Cleveland Avenue
Mount Vernon, Washington  98273-4212

*Attorneys for Defendant City of Mount Vernon, Washington*

Scott G. Thomas, WSBA #23079
Email: sthomas@ci.burlington.wa.us
CITY OF BURLINGTON
833 South Spruce Street
Burlington, Washington  98233-2810

*Attorneys for Defendant City of Burlington, Washington*

Andrew G. Cooley, WSBA #15189
Email: acooley@kbmlawyers.com
Adam L. Rosenberg, WSBA #39256
Email: arosenberg@kbmlawyers.com
KEATING, BUCKLIN & MCCORMACK, INC., P.S.
800 Fifth Avenue, Suite 4141
Seattle, Washington  98104-3175

*Attorneys for Defendants Cities of Burlington, Washington and Mount Vernon, Washington*

---

Declaration of Allisha Barter - 3
CASE NO. 2:11-CV-01100 RSL

TERRELL MARSHALL DAUDT & WILLIE PLLC
936 North 34th Street, Suite 400
Seattle, Washington  98103-8869
TEL. 206.816.6603 • FAX 206.350.3528
www.tmdwlaw.com

1 | DATED this 9th day of December, 2011.

2
TERRELL MARSHALL DAUDT & WILLIE PLLC

3
By:   /s/ Toby J. Marshall, WSBA #32726
4       Toby J. Marshall, WSBA #32726
      Email: tmarshall@tmdwlaw.com
5       936 North 34th Street, Suite 400
      Seattle, Washington 98103-8869
6       Telephone: (206) 816-6603

7 *Attorneys for Plaintiffs*

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

Declaration of Allisha Barter - 4
CASE NO. 2:11-CV-01100 RSL

TERRELL MARSHALL DAUDT & WILLIE PLLC
936 North 34th Street, Suite 400
Seattle, Washington 98103-8869
TEL. 206.816.6603 • FAX 206.350.3528
www.tmdwlaw.com