UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

_____
                                                      )
JOSEPH JEROME WILBUR, *et al.*,      )          No. C11-1100RSL
                                                      )
                        Plaintiffs,              )
        v.                                        )          ORDER DENYING MOTION TO EXTEND
                                                      )          DISCOVERY DEADLINE
CITY OF MOUNT VERNON, *et al.*,       )
                                                      )
                        Defendants.           )
_____ )

This matter comes before the Court on "Defendants' Motion for Relief from Discovery Deadline." Dkt. # 221. Defendants argue that a three week extension of the discovery deadline is necessary because lead defense counsel will be preparing for a state court trial when plaintiffs have scheduled the Rule 30(b)(6) depositions. The motion is DENIED.

Dated this 27th day of November, 2012.

*/s/ Robert S. Lasnik*

Robert S. Lasnik
United States District Judge

ORDER DENYING MOTION TO EXTEND
DISCOVERY DEADLINE