THE HONORABLE ROBERT S. LASNIK

UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON

JOSEPH JEROME WILBUR, a Washington
resident; JEREMIAH RAY MOON, a
Washington resident; and ANGELA MARIE
MONTAGUE, a Washington resident,
individually and on behalf of all others
similarly situated,

                              Plaintiffs,

        v.

CITY OF MOUNT VERNON, a Washington
municipal corporation; and CITY OF
BURLINGTON, a Washington municipal
corporation,

                              Defendants.

NO.  2:11-cv-01100 RSL

**ORDER GRANTING PLAINTIFFS'
MOTION TO ALLOW TWO
INCARCERATED WITNESSES TO
TESTIFY VIA TELEPHONIC
TRANSMISSION**

        THIS MATTER came before the undersigned on Plaintiffs' Motion to Allow Two
Incarcerated Witnesses to Testify Via Telephonic Transmission.  Prior to ruling, the Court
considered the following documents and evidence:

        1.      Plaintiffs' Motion to Allow Two Incarcerated Witnesses to Testify Via
Telephonic Transmission;

        2.      Declaration of Toby J. Marshall in Support of Plaintiffs' Motion to Allow Two

TERRELL MARSHALL DAUDT & WILLIE PLLC
936 North 34th Street, Suite 400
Seattle, Washington  98103-8869
TEL. 206.816.6603 • FAX 206.350.3528
www.tmdwlaw.com

Incarcerated Witnesses to Testify Via Telephonic Transmission, and exhibits attached thereto;

3.      Declaration of Shari Hall;

4.      Declaration of Kathleen Glennon;

5.      Defendant's Response to Plaintiffs' Motion to Allow Two Incarcerated Witnesses to Testify Via Telephonic Transmission;

6.      Defendants' Opposition to Motion for Telephonic Testimony;

7.      Declaration of Adam L. Rosenberg in Support of Response to Motion for Telephonic Testimony, and exhibits attached thereto

8.      Supplemental Declaration Exhibits of Adam L. Rosenberg in Support of Response to Motion for Telephonic Testimony, and exhibits attached thereto; and

9.      Notice of Filing Paper or Physical Materials with the Clerk.

Based on its review of these materials, the Court finds good cause in compelling circumstances to allow Steve Osborn and Jacob Norman to provide testimony in open court by contemporaneous telephonic transmission from prison. The Court also finds that appropriate safeguards exist to ensure accurate identification of the witnesses, accurate transmission of their testimony, and avoidance of undue influence by other persons. Accordingly,

IT IS HEREBY ORDERED, ADJUDGED AND DECREED that Plaintiffs' Motion to Allow Two Incarcerated Witnesses to Testify Via Telephonic Transmission is GRANTED.

IT IS HEREBY ORDERED that Steve Osborn and Jacob Norman may testify in open court by contemporaneous telephonic transmission from prison.

IT IS FURTHER ORDERED that any exhibits to be presented to Washington Corrections Center inmate Jacob Norman (DOC No. 366077) shall be sent via electronic mail to Mr. Norman's counselor, Kathleen Glennon (krglennon@DOC1.WA.GOV), in advance of his testimony and shall not be delivered to Mr. Norman until the start of his testimony on Tuesday, June 4, 2013 at 9:00 a.m.

ORDER GRANTING PLAINTIFFS' MOTION TO ALLOW
TWO INCARCERATED WITNESSES TO TESTIFY VIA
TELEPHONIC TRANSMISSION - 2
CASE NO. 2:11-CV-01100 RSL

TERRELL MARSHALL DAUDT & WILLIE PLLC
936 North 34th Street, Suite 400
Seattle, Washington  98103-8869
TEL. 206.816.6603 • FAX 206.350.3528
www.tmdwlaw.com

1       IT IS FURTHER ORDERED that any exhibits to be presented to Washington State

2  Penitentiary inmate Steven Osborn (DOC No. 911502) shall be mailed or hand-delivered

3  directly to the attention of Mr. Osborn's counselor, Jonathan Fischer, or other official specified

4  by the prison, and shall not be delivered to Mr. Osborn until the start of his testimony on

5  Wednesday, June 5, 2013 at 9:00 a.m.  The address of the Washington State Penitentiary is

6  1313 N. 13th Avenue, Walla Walla, Washington 99362.

7       IT IS HEREBY ORDERED.

8

9       Dated this 3rd day of June, 2013.

10

11                      Robert S. Lasnik

12                     United States District Judge

13  Presented by:

14

15  TERRELL MARSHALL DAUDT & WILLIE PLLC

16

By:   /s/ Toby J. Marshall, WSBA #32726
17      Beth E. Terrell, WSBA #26759
       Email:  bterrell@tmdwlaw.com
18      Toby J. Marshall, WSBA #32726
       Email:  tmarshall@tmdwlaw.com
19      Jennifer Rust Murray, WSBA #36983
       Email:  jmurray@tmdwlaw.com
20      936 North 34th Street, Suite 400
       Seattle, Washington 98103-8869
21      Telephone:  206.816.6603

22

23      Darrell W. Scott, WSBA #20241
       Email: scottgroup@mac.com
24      Matthew J. Zuchetto, WSBA #33404
       Email:  matthewzuchetto@mac.com
25      SCOTT LAW GROUP
       926 W. Sprague Avenue, Suite 583
26      Spokane, Washington 99201
       Telephone:  509.455.3966

ORDER GRANTING PLAINTIFFS' MOTION TO ALLOW
TWO INCARCERATED WITNESSES TO TESTIFY VIA
TELEPHONIC TRANSMISSION - 3
CASE NO. 2:11-CV-01100 RSL

TERRELL MARSHALL DAUDT & WILLIE PLLC
936 North 34th Street, Suite 400
Seattle, Washington  98103-8869
TEL. 206.816.6603 • FAX 206.350.3528
www.tmdwlaw.com

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

Sarah A. Dunne, WSBA #34869
Email:  dunne@aclu-wa.org
Nancy L. Talner, WSBA #11196
Email:  talner@aclu-wa.org
ACLU OF WASHINGTON FOUNDATION
901 Fifth Avenue, Suite 630
Seattle, Washington  98164
Telephone:  206.624.2184

James F. Williams, WSBA #23613
Email:  jwilliams@perkinscoie.com
Breena M. Roos, WSBA #34501
Email:  broos@perkinscoie.com
J. Camille Fisher, WSBA #41809
Email:  cfisher@perkinscoie.com
PERKINS COIE LLP
1201 Third Avenue, Suite 4900
Seattle, Washington  98101-3099
Telephone:  206.359.8000

*Attorneys for Plaintiffs*

ORDER GRANTING PLAINTIFFS' MOTION TO ALLOW
TWO INCARCERATED WITNESSES TO TESTIFY VIA
TELEPHONIC TRANSMISSION - 4
CASE NO. 2:11-CV-01100 RSL