The Honorable Robert S. Lasnik

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| JOSEPH JEROME WILBUR, et al., <br><br> Plaintiff, <br><br> v. <br><br> CITY OF MOUNT VERNON, et al., <br><br> Defendant. | NO. C11-1100RSL <br><br> **FOURTH DECLARATION OF EILEEN FARLEY, PUBLIC DEFENSE SUPERVISOR** |

Eileen Farley declares as follows:

1. I am the Court-approved Public Defense Supervisor in the above-referenced action. I have personal knowledge of, and am competent to testify to, the matters stated herein.

2. Attached hereto as Exhibit A is a true and correct copy of my Third Biannual Report, and Exhibits 1-5 thereto (Exhibits 4 and 5 will be filed under seal).

3. I declare under penalty of perjury under the laws of the State of Washington that the foregoing is true and correct.

DATED at Seattle, Washington, this 4th day of November, 2015.

By /s/ Eileen Farley
Eileen Farley, WSBA #9264
4616 25th Avenue NE, #164
Seattle, WA  98115
Telephone:  (206) 604-1186
efarley-mtvb@outlook.com
Public Defense Supervisor

**CERTIFICATE OF SERVICE**

The undersigned attorney certifies that on the 4th day of November, 2015, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to all counsel on record in the matter.

/s/ Eileen Farley
4616 25th Avenue NE, #164
Seattle, WA  98115
Telephone:  (206) 604-1186
efarley-mtvb@outlook.com