UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| JOSEPH JEROME WILBUR, *et al.*, <br><br> Plaintiffs, <br><br> v. <br><br> CITY OF MOUNT VERNON, *et al.*, <br><br> Defendants. | No. C11-1100RSL <br><br> ORDER EXTENDING TIME OF SUPERVISION AND SETTING ORAL ARGUMENT |

This matter comes before the Court on the Public Defense Supervisor's "Motion to Extend Supervision." Dkt. # 377. Oral argument will be heard on April 20, 2017, at 9:30 a.m. The period of supervision and the Public Defense Supervisor's authority under the Memorandum of Decision (Dkt. # 325) is hereby extended until the end of April. The parties shall be prepared to discuss at oral argument whether and to what extent a further extension is necessary.

Dated this 3rd day of April, 2017.

*/s/ Robert S. Lasnik*

Robert S. Lasnik
United States District Judge

ORDER EXTENDING TIME FOR
SUBMISSION OF REPORT