UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

_____
)
JOSEPH JEROME WILBUR, *et al.*, )  No. C11-1100RSL
)
               Plaintiffs, )
  v. )  ORDER EXTENDING TIME OF
)  SUPERVISION
CITY OF MOUNT VERNON, *et al.*, )
)
               Defendants. )
_____ )

      This matter comes before the Court on the Public Defense Supervisor's "Motion to Extend Supervision." Dkt. # 377. The period of supervision and the Public Defense Supervisor's authority under the Memorandum of Decision (Dkt. # 325) is hereby extended until July 1, 2017, in order to allow a smooth transition from the Supervisor to the newly-appointed Public Defense Auditor. The Auditor shall be subject to the protections and prohibitions of paragraphs 3-7, 9, and 12 of this Court's April 22, 2014, protective order (Dkt. # 356) during the remainder of the period of supervision (and shall have access to client information in order to assist Mountain Law in carrying out the representation thereafter as agreed between the Auditor, the Cities, and Mountain Law).

      Although the conditions that warranted imposition of an injunction no longer prevail in the Cities of Mount Vernon and Burlington, the Supervisor's concerns regarding the durability of the remedy achieved in this case are legitimate. The Court accepts the Cities' representation that they will continue their efforts to guarantee a constitutionally adequate system of public

ORDER EXTENDING TIME OF SUPERVISION

defense and encourages them to implement policies, procedures, and/or contractual provisions that reduce attorney turnover in the public defender office, allow adequate municipal supervision of the public defense system, and govern the selection and removal of independent conflict counsel.

As the Court noted at oral argument, the quality of the advocacy in this litigation and the willingness of the Cities to address the constitutional deficits in their public defense system over the past three years are to be commended.

Dated this 20th day of April, 2017.

*MWS Lasnik*

Robert S. Lasnik
United States District Judge