The Honorable Robert S. Lasnik

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON

JOSEPH JEROME WILBUR, et al.,

                            Plaintiff,

v.

CITY OF MOUNT VERNON, et al.,

                            Defendant.

NO. C11-1100RSL

**ORDER**

This matter is before the Court on the Supervisor's Final Sixth Report and request to authorize deletion/destruction of information received by the Supervisor that is subject to the Protective Order entered by this Court on April 22, 2014 (Dkt. # 356). Upon consideration of the matter, the Court hereby orders as follows:

      1. The period of supervision under the Memorandum of Decision (Dkt. # 325) has now expired. The quality of the advocacy in this litigation, the willingness of the Cities to address the constitutional defects in their public defense system, and the Supervisor's outstanding service and guidance through this process are to be commended.

      2. The Supervisor need not retain or file under seal any information encompassed within the Protective Order that she received in her capacity as Supervisor.

ORDER (NO. C11-1100RSL) - 1

3. The Supervisor (including her staff and personal counsel) are hereby authorized to take good faith, reasonable steps to delete/destroy information subject to the Protective Order within the next 45 days, and thereafter file with the Court confirmation that such steps have been completed upon which the Supervisor's obligations with respect to the preservation/destruction of information covered by the Protective Order shall be deemed completed and fulfilled.

IT IS SO ORDERED.

Dated this 7th day of July, 2017.

*/s/ Robert S. Lasnik*
ROBERT S. LASNIK
UNITED STATES DISTRICT COURT JUDGE