The Honorable Robert S. Lasnik

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON

JOSEPH JEROME WILBUR, et al.,

Plaintiff,

v.

CITY OF MOUNT VERNON, et al.,

Defendant.

NO. C11-1100RSL

**ORDER RE: PROTECTED INFORMATION RECEIVED BY AUDITOR**

This matter is before the Court on the Supervisor's Final Report and request to authorize deletion/destruction of information received by the Auditor that was covered by the Protective Order entered by this Court in this matter. Upon consideration of the matter, the Court hereby orders as follows:

1. The Auditor need not retain or file under seal any information encompassed within the Protective Order that she received in her capacity as Auditor;

2. The Auditor (including her staff) are hereby authorized to take good faith, reasonable steps to delete/destroy information covered by the Protective Order within the next 45 days, and thereafter file with the Court confirmation that such steps have been completed upon which the Auditor's obligations with respect to the preservation/destruction of information covered by the Protective Order shall be deemed completed and fulfilled.

IT IS SO ORDERED.

DATED Aug. 17, 2017

/s/ Robert S. Lasnik
THE HONORABLE ROBERT S. LASNIK
UNITED STATES DISTRICT COURT JUDGE

Presented by:

By /s/Jennifer Rancourt

ORDER RE: PROTECTED INFORMATION RECEIVED BY AUDITOR (NO. C11-1100RSL) - 1

JENIIFER RANCOURT
2722 Colby Avenue
Everett, WA 98201
(425) 339-6300